IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CARLOS JOSE GASTON,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 4:24-cv-240-AW-MAF**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 4), which recommends dismissal on that basis. It appears Petitioner has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on October 10, 2024.

                                            s/ *Allen Winsor*
                                            United States District Judge